IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00219-BR-1
NO. 5:16-cr-00219-BR-2

UNITED STATES OF AMERICA :
:
v. :
:
ANTOINE RAMONE SMITH :
MONTE MAURICE GRIFFIN :

FILED IN OPEN COURT
ON 5-1-17 WSC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendants, ANTOINE RAMONE SMITH and MONTE MAURICE GRIFFIN, pursuant to 21 U.S.C. § 853, as proceeds of the unlawful activity of the defendants as charged in the Criminal Indictment.

The defendants pled guilty to Count One of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment.

By virtue of the defendants' guilty pleas and agreement, the United States is now entitled to their interest in $2,230.00 currency, pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea and agreement, the above-listed $2,230.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendants but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against the defendants for the amount forfeitable, specifically, $2,230.00 currency, an amount for which each defendant shall be jointly and severally liable with any other defendant, if any, also found liable for this amount.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This __1__ day of __May__, 2017.

_____
W. EARL BRITT
Senior United States District Judge